**Baruch S. Gottesman**
Attorney and Counselor at Law

September 12, 2023

<u>Via ECF</u>
The Hon. District Judge Arun Subramanian
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Letter Request to Adjourn Initial Pretrial Conference in
       The Restaurant Zone LLC  v.  Islamaj, *et al.*
       Case No. 1:23-cv-2595-AS (S.D.N.Y.)

To The Honorable District Judge Subramanian:

## I. Introduction

  I have the honor to represent the Plaintiff in the matter of <u>The Restaurant Zone LLC v. Islamaj, et al.</u>, Case No. 1:23-cv-25951094-PAE. The Parties received Notice today of the Initial Pretrial Conference to be held **September 26, 2023**. I write on behalf of all Counsel to request an adjournment of the Initial Pretrial Conference until **October 16, 2023**, or such other date/time acceptable to the Court.

## II. Details of Request Pursuant to Individual Practice Rule 3(E)

(1) The original date for which the Initial Pretrial Conference is scheduled is **September 26, 2023** (ECF 48). The Parties propose to adjourn until **October 16, 2023**, or any date that week except Tuesday; or such other time as may be acceptable to the Honorable Court.

(2) No prior request for an adjournment has been made;

(3) n/a;

(4) The Undersigned will be out of State for Yom Kippur (09/25) and traveling on the 26th. Counsel Greener for the Defendants will be in a deposition on that date.

(5) Defendants' Counsel join in this request.

For this reason, Counsel respectfully request to adjourn.

**RESPECTFULLY SUBMITTED
ON CONSENT OF ALL COUNSEL,**

By: *[signature]*

Baruch S. Gottesman, Esq.

*Served via ECF on all appearing parties*

---

The request for an adjournment is GRANTED IN PART. The conference currently set for September 26, 2023, is hereby adjourned to September 28, 2023, at 10:30 AM.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: September 13, 2023