LAW OFFICE OF ROBERT L. GREENER P.C.
112 Madison Avenue, 6th Floor
NEW YORK, NEW YORK 10016
(646)415-8920 Phone
rlg@greenerlegal.com
www.greenerlegal.com

September 14, 2023

<u>Via ECF</u>

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street,
New York 10007

**<u>Re: The Restaurant Zone LLC v. Islamaj, et al.  Case No. 1:23-cv-2595</u>**

Dear Judge Subramanian:

We represent the Defendants in the above-named matter. In the court's Order of September 13, 2023, the Initial Pretrial Conference was adjourned to September 28, 2023, at 10:30am (Dkt.50). We respectfully <u>request that the conference be further adjourned to October 1, 2023, or such other date suitable to the court.</u>

On September 12, 2023, Plaintiff's counsel, on behalf of all Counsel requested an adjournment of the Initial Pretrial Conference which was to be held on September 26, 2023 (Dkt.49). In the said Letter Motion, The Parties proposed to adjourn the conference until October 16, 2023, or any date that week except Tuesday. The motion was granted, and conference adjourned to September 28, 2023.

However, Defendant's Counsel has pre-scheduled depositions for September 28 and 29, 2023. The deposition dates cannot be changed because the parties are coming from outside of New York. This request will not prejudice the Plaintiffs as they are aware of the scheduling conflict.

Thus, Counsel respectfully requests an adjournment of the Initial Pretrial Conference.

Yours Truly,

ROBERT L. GREENER

Cc: Via ECF
All Counsel

The request for an adjournment is GRANTED. The conference currently set for September 28, 2023, is hereby ADJOURNED to October 19, 2023, at 10:30 AM.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 18, 2023