UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE RESTAURANT ZONE LLC,<br><br>        Plaintiff,<br><br>   -against-<br><br>SHKELZEN ISLAMAJ, et al.,<br><br>        Defendants. | 23-CV-02595 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's September 12 Order, ECF No. 48, the parties were required to file a joint letter and Case Management Plan and Scheduling Order, the contents of which are described in the September 12 Order, no later than October 12, 2023. To date, the parties have not filed those materials. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 18, 2023.**

  SO ORDERED.

Dated: October 17, 2023
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge