**Baruch S. Gottesman**
Attorney and Counselor at Law

---

October 18, 2023

**Via ECF**
The Hon. District Judge Arun Subramanian
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

> The conference set for October 19, 2023 will now be held remotely. Both parties should dial-in by calling +1 646-453-4442 and entering the ID: 346 663 962#. The parties should be prepared to discuss a case management plan.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: October 18, 2023

Re: Letter Request to Adjourn Initial Pretrial Conference in
The Restaurant Zone LLC v. Islamaj, et al.
Case No. 1:23-cv-2595-AS (S.D.N.Y.)

To The Honorable District Judge Subramanian:

**I.   Introduction**

I have the honor to represent the Plaintiff in the matter of The Restaurant Zone LLC v. Islamaj, et al., Case No. 1:23-cv-2595-AS. We have an Initial Pretrial Conference scheduled for tomorrow in person. I have come down with a serious case of COVID (and resulting laryngitis) that prevents me from being able to attend in person. With the consent of Counsel for all Parties, we respectfully request that the conference take place virtually or be adjourned until **October 30, 2023**, or such other date/time acceptable to the Court.

**II.   Details of Request Pursuant to Individual Practice Rule 3(E)**

(1) The original date for which the Initial Pretrial Conference is scheduled is **October 19, 2023** (ECF 52). The Parties propose that it be conducted virtually or adjourned until the week of **October 30, 2023**, or such other time as may be acceptable to the Honorable Court.

(2) A prior request was made on September 14, 2023 because of a scheduling conference involving Defendant's counsel (ECF 51);

(3) The prior request was granted (ECF 52);

(4) The Undersigned will be unable to attend in person because of a case of COVID and laryngitis. I can attend virtually, if the Court will put up with my raspy voice.

(5) Defendants' Counsel join in this request.

For this reason, Counsel respectfully request to adjourn or attend virtually, as described above.

RESPECTFULLY SUBMITTED
ON CONSENT OF ALL COUNSEL,

By: _____
Baruch S. Gottesman, Esq.