UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE RESTAURANT ZONE LLC,<br><br>         Plaintiff,<br><br>    -against-<br><br>SHKELZEN ISLAMAJ, et al.,<br><br>         Defendants. | 23-CV-02595 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's October 19th Order, ECF No. 57, the parties were required to email the Court a joint pretrial order, the contents of which are described therein, no later than November 10, 2023. To date, the parties have not filed those materials. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 14, 2023, at 3:00 PM.**

Dated: November 13, 2023
     New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge