UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE RESTAURANT ZONE LLC,<br><br>                    Plaintiff,<br><br>-against-<br><br>SHKELZEN ISLAMAJ, et al.,<br><br>                    Defendants. | 23-CV-02595 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Clerk of Court is respectfully directed to terminate the motion at Dkt. 54. This motion was dealt with at Dkt. 56.

Dated: December 5, 2023
       New York, New York

                                                 ARUN SUBRAMANIAN
                                               United States District Judge