UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RESTAURANT ZONE LLC,

                Plaintiff,

      -against-

SHKELZEN ISLAMAJ, et al.,

                Defendants.

23-CV-02595 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On December 5, defendants filed a motion in limine. Dkt. 64. Per this Court's November 15th order, any opposition to any motion in limine was due by December 11, 2023, at 5:00 PM. Dkt. 59. Plaintiff failed to submit anything. **If plaintiff intends to oppose the motion in limine, plaintiff is ORDERED to file its opposition by today, December 12, 2023, at 5:00 PM.** If plaintiff fails to file anything, the motion will be considered unopposed.

In addition, the trial will proceed as scheduled on December 14, 2023, at 1:00 PM. The parties should be sure to arrive early so they are ready to start at 1:00 PM. If the parties will bring electronic devices or need internet access in the courtroom, they should follow the instructions outlined in the Court's Individual Practices: https://nysd.uscourts.gov/sites/default/files/practice_documents/AS%20Subramanian%20Civil%20Individual%20Practices.pdf.

Dated: December 12, 2023
     New York, New York

ARUN SUBRAMANIAN
United States District Judge